FILED
2016 Sep-01 AM 10:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFF HARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 2:14-cv-1806-LSC |
| ) | |
| U.S. PIPE & FOUNDRY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OF OPINION AND ORDER**

On April 19, 2016, the magistrate judge filed his report and recommendation, recommending that the defendant's motion for summary judgment be denied. (Doc. 25.) The defendant filed objections on May 3, 2016. (Doc. 26.) The action was then reassigned to the undersigned. The plaintiff responded to the objections on May 12, 2016. (Doc. 28.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the objections thereto, and the response to those objections, the Court is of the opinion that the report is due to be and hereby is ADOPTED and the recommendation is ACCEPTED. Consequently, the defendant's motion for summary judgment (doc. 12) is hereby DENIED.

**DONE** AND **ORDERED** ON SEPTEMBER 1, 2016.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704